**J. MICHAEL KALER**, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

**MELODY A. KRAMER**, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br><br>v.<br><br>DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 07 5568<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 3-12, Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives notice of pending cases related to the present case.

Specifically, SRD TRUST gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"):

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. First International Digital, Inc., et al*, Case No. not yet assigned, being filed today in the Federal District Court for the Northern District of California, in San Francisco. Plaintiff alleges infringement of the '184 patent.

*Jens Erik Sorensen as Trustee of The Sorensen Research and Development Trust v. The Black & Decker Corporation, et al*, Civil Case No.: 06CV1572BTN CAB, filed in the Federal District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Black & Decker and its suppliers. The case has been stayed. Transfer is not recommended.

*American Safety Razor Co. v. Sorensen Research & Development Trust.* Civil Case No.: 07CV00730HHK, filed in the Federal District Court for the District of Columbia. Complaint was filed April 20, 2007. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons has been issued or served yet.

*DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case No.: 07CV02690, filed in the Federal District Court for the Northern District of Illinois. Complaint was filed May 11, 2007. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons has been issued or served yet.

//

//

1 | DATED this 30th day of October, 2007.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

_____
/ Michael Kaler, Esq.
Melody A. Kramer, Esq.
Attorneys for Plaintiff

3.

Case No. _____