1  **J. MICHAEL KALER**, SBN 158296
2  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
3  San Diego, California 92121
   Telephone (858) 362-3151
4

5  **MELODY A. KRAMER**, SBN 169984
   KRAMER LAW OFFICE
6  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
7  Telephone (858) 362-3150
8

9  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
10 DEVELOPMENT TRUST

11

12                   UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | JENS ERIK SORENSEN, as Trustee of    ) Case No. CV 075568 JSW
   | SORENSEN RESEARCH AND                )
16 | DEVELOPMENT TRUST,                   )
                                          )
17 |                  Plaintiff            ) **PROOF OF SERVICE OF ORDER**
18 | v.                                   ) **SETTING CMC AND REQUIRING**
                                          ) **JOINT CASE MANAGEMENT**
19 | DIGITAL NETWORKS NORTH               ) **CONFERENCE STATEMENT**
20 | AMERICA, INC., a Delaware corporation,)
                                          )
21 |                  Defendant.           )
                                          )
22

23

24     I, Evgenia S. Bjork, declare:

25     I am and was at the time of this service working within the County of San Diego,

26 California. I am over the age of 18 years and not a party to the within action. My business

27 address is Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, CA

28 92121.

On November 15, 2007, I served the following documents:
**Order Setting CMC and Requiring Joint CMC Statement (Docket #10)**
**Reassignment Order (Docket #9)**
**Notice of Impending Reassignment to US District Judge (Docket #8)**
**Plaintiff's Declination to Proceed before Magistrate Judge (Docket #7)**
**Court Request to Decline or Consent re: Magistrate Judge(Docket #5)**
**Report to USPTO (Docket #4)**

on the party to this action as follows:
Digital Networks North America, Inc.
C/o Registered Agent for Service of Process
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

by the following method of service:

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☒ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☐ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Northern District of California.

I declare that the foregoing is true and correct, and this declaration was executed on this 15 day of November 2007, in San Diego, California.

_____
Evgenia S. Bjørk