| Attorney or Party without Attorney: <br> MELODY A. KRAMER, ATTORNEYS AT LAW <br> 8460 TRAVIS COURT <br> Mira Mesa, CA 92126 <br> Telephone No: 858-693-1463 <br><br> Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

| Plaintiff: JENS ERIK SORENSEN, AS TRUSTEE OF |
|---|
| Defendant: DIGITAL NETWORKS NORTH AMERICA, INC. |

| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept Div: | Case Number: <br> CV 07 5568 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL CASE COVER SHEET; COMPLAINT; RETURN OF SERVICE; NOTICE OF RELATED CASES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT.

3. a. Party served: DIGITAL NETWORKS NORTH AMERICA, INC., A DELAWARE CORPORATION
   b. Person served: MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEMS, REGISTERED AGENT.

4. Address where the party was served: 818 WEST 7TH ST. LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 12, 2007 (2) at: 9:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: DIGITAL NETWORKS NORTH AMERICA, INC., A DELAWARE CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 W. BEVERY BLVD.
      LOS ANGELES, CA 90071
   c. 213-250-1111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Nov. 21, 2007

   (DOUG FORREST)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

891488.melkr.98910