| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | DAVID A. JAKOPIN, #209950 |
| 2 | THEODORE K. BELL, #184289 |
|   | DANIEL J. RICHERT, #232208 |
| 3 | 2475 Hanover Street |
|   | Palo Alto, CA 94304-1114 |
| 4 | Telephone: (650) 233-4500 |
|   | Facsimile: (650) 233-4545 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | DIGITAL NETWORKS NORTH AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,, | ) ) ) ) | Case No. 07 CV 05568 JSW |
| Plaintiff, | ) ) | STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| vs. | ) ) | |
| DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Local Civil Rule 6-1(a), the parties hereby stipulate that defendant Digital Networks North America, Inc. shall have until January 4, 2008 to answer or

//
//
//
//
//
//
//

1  otherwise respond to the Complaint. This response date will not alter the date of any event
2  or other deadline already fixed by Court order.
3
4  Dated: November 26, 2007.          PILLSBURY WINTHROP SHAW PITTMAN LLP
5
6                                     By _____
7                                         Theodore K. Bell
                                       Attorneys for Defendant,
                                       DIGITAL NETWORKS NORTH
8                                      AMERICA, INC.
9
10 Dated: November 27, 2007.           KRAMER LAW OFFICE
11
12                                     By _____
                                           Melody A. Kramer
13                                     Attorneys for Plaintiff,
                                       JENS ERIK SORENSEN, as Trustee of
14                                     SORENSEN RESEARCH AND
                                       DEVELOPMENT TRUST
15
16
17
18
19
20
21
22
23
24
25
26
27
28