```
 1  MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
    BRADLEY J. HULBERT
 2    hulbert@mbhb.com
    300 South Wacker Drive
 3  Chicago, IL 60606-6709
    Telephone: (312) 913-0001
 4  Facsimile: (312) 913-0002

 5
    PILLSBURY WINTHROP SHAW PITTMAN LLP
 6  DAVID A. JAKOPIN #209950
      david.jakopin@pillsburylaw.com
 7  THEODORE K. BELL #184289
      tad.bell@pillsburylaw.com
 8  DANIEL J. RICHERT #232208
      daniel.richert@pillsburylaw.com
 9  2475 Hanover Street
    Palo Alto, CA 94304-1114
10  Telephone:  (650) 233-4500
    Facsimile:   (650) 233-4545
11
    Attorneys for Defendant
12  DIGITAL NETWORKS NORTH AMERICA, INC.

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16
17
    JENS ERIK SORENSEN, as Trustee of      )  Case No. 07 CV 05568 JSW
18  SORENSEN RESEARCH AND                  )
    DEVELOPMENT TRUST,                     )
19                                         )
                        Plaintiff,         )  APPLICATION FOR ADMISSION OF
20                                         )  ATTORNEY PRO HAC VICE
          vs.                              )
21                                         )
    DIGITAL NETWORKS NORTH                 )
22  AMERICA, INC., a Delaware corporation, )
                                           )
23                      Defendant.         )
24
25        Pursuant to Civil L.R. 11-3, Bradley J. Hulbert, an active member in good standing

26  of the bar of the United States District Court, Northern District of Illinois, hereby applies

27  for admission to practice in the Northern District of California on a pro hac vice basis

28
```

1  representing defendant DIGITAL NETWORKS NORTH AMERICA, INC. in the above-
2  entitled action.
3      In support of this application, I certify on oath that:
4      1.    I am an active member in good standing of the United States District Court,
5  Northern District of Illinois, as indicated above.
6      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil
7  Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to
8  become familiar with the Local Rules and the Alternative Dispute Resolution programs of
9  this Court.
10     3.    An attorney who is a member of the bar of this Court in good standing and
11 who maintains an office within the State of California has been designated as co-counsel in
12 the above-entitled action. The name, address and telephone number of that attorney is:
13     David A. Jakopin #209950
14     Theodore K. Bell #184289
    Daniel J. Richert #232208
15     Pillsbury Winthrop Shaw Pittman LLP
    2475 Hanover Street
16     Palo Alto, CA 94304-1114
    (650) 233-4500
17
18     I declare under penalty of perjury under the laws of the United States of America
19 that the foregoing is true and correct. Executed November 30, 2007 at
20 21 PICCADILLY, LONDON, ENGLAND.
21
22                             Bradley J. Hulbert
23
24
25
26
27
28