| | |
|---|---|
| 1 | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP<br>RICHARD A. MACHONKIN |
| 2 | machonkin@mbhb.com<br>300 South Wacker Drive |
| 3 | Chicago, IL 60606<br>Telephone: (312).913-0001 |
| 4 | Facsimile: (312).913-0002 |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>DAVID A. JAKOPIN #209950 |
| 6 | david.jakopin@pillsburylaw.com<br>THEODORE K. BELL #184289 |
| 7 | tad.bell@pillsburylaw.com<br>DANIEL J. RICHERT #232208 |
| 8 | daniel.richert@pillsburylaw.com<br>2475 Hanover Street |
| 9 | Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4500 |
| 10 | Facsimile: (650) 233-4545 |
| 11 | Attorneys for Defendant<br>DIGITAL NETWORKS NORTH AMERICA, INC. |
| 12 | |
| 13 | UNITED STATES DISTRICT COURT |
| 14 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 16 | JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND | No. 07 CV 05568 JSW |
| 17 | DEVELOPMENT TRUST, | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| 18 | Plaintiff, | |
| 19 | vs. | |
| 20 | DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation, | |
| 21 | | |
| | Defendant. | |
| 22 | | |

24     Pursuant to Civil L.R. 11-3, Richard A. Machonkin, an active member in good

25 standing of the bar of the United States District Court, Northern District of Illinois, hereby

26 applies for admission to practice in the Northern District of California on a *pro hac vice*

1  basis representing defendant DIGITAL NETWORKS NORTH AMERICA, INC. in the
2  above-entitled action.
3      In support of this application, I certify on oath that:
4      1.    I am an active member in good standing of the United States District Court,
5  Northern District of Illinois, as indicated above.
6      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil
7  Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to
8  become familiar with the Local Rules and the Alternative Dispute Resolution programs of
9  this Court.
10     3.    An attorney who is a member of the bar of this Court in good standing and
11 who maintains an office within the State of California has been designated as co-counsel in
12 the above-entitled action. The name, address and telephone number of that attorney is:

        David A. Jakopin #209950
        Theodore K. Bell #184289
        Daniel J. Richert #232208
        Pillsbury Winthrop Shaw Pittman LLP
        2475 Hanover Street
        Palo Alto, CA 94304-1114
        (650) 233-4500

    I declare under penalty of perjury that the foregoing is true and correct. Executed November 30, 2007 at Chicago, Illinois.

                                */s/ Richard A. Machonkin*
                                Richard A. Machonkin