

1  MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
   KURT W. ROHDE
2    rohdek@mbhb.com
   300 South Wacker Drive
3  Chicago, IL 60606
   Telephone: (312).913-0001
4  Facsimile: (312).913-0002

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID A. JAKOPIN #209950
6    david.jakopin@pillsburylaw.com
   THEODORE K. BELL #184289
7    tad.bell@pillsburylaw.com
   DANIEL J. RICHERT #232208
8    daniel.richert@pillsburylaw.com
   2475 Hanover Street
9  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
10 Facsimile: (650) 233-4545

11 Attorneys for Defendant
   DIGITAL NETWORKS NORTH AMERICA, INC.
12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15 _____

16 JENS ERIK SORENSEN, as Trustee of    )   Case No. 07 CV 05568 JSW
   SORENSEN RESEARCH AND               )
17 DEVELOPMENT TRUST,                   )
                                        )
18                      Plaintiff,      )   APPLICATION FOR ADMISSION OF
                                        )   ATTORNEY *PRO HAC VICE*
19        vs.                           )
                                        )
20 DIGITAL NETWORKS NORTH               )
   AMERICA, INC., a Delaware corporation,)
21                                      )
                        Defendant.      )
22 _____)

23

24        Pursuant to Civil L.R. 11-3, Kurt W. Rohde, an active member in good standing of

25 the bar of the United States District Court, Northern District of Illinois, hereby applies for

26 admission to practice in the Northern District of California on a *pro hac vice* basis

27

28

1  representing defendant DIGITAL NETWORKS NORTH AMERICA, INC. in the above-
2  entitled action.
3       In support of this application, I certify on oath that:
4  1.   I am an active member in good standing of the United States District Court,
5  Northern District of Illinois, as indicated above.
6  2.   I agree to abide by the Standards of Professional Conduct set forth in Civil
7  Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to
8  become familiar with the Local Rules and the Alternative Dispute Resolution programs of
9  this Court.
10 3.   An attorney who is a member of the bar of this Court in good standing and
11 who maintains an office within the State of California has been designated as co-counsel in
12 the above-entitled action. The name, address and telephone number of that attorney is:

13       David A. Jakopin #209950
         Theodore K. Bell #184289
14       Daniel J. Richert #232208
         Pillsbury Winthrop Shaw Pittman LLP
15       2475 Hanover Street
         Palo Alto, CA 94304-1114
16       (650) 233-4500
17
18  I declare under penalty of perjury that the foregoing is true and correct. Executed
    November 30, 2007 at Chicago, Illinois.
19
20                                              /s/ Kurt W. Rohde
21                                              Kurt W. Rohde