PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID A. JAKOPIN, #209950
  david.jakopin@pillsburylaw.com
THEODORE K. BELL, #184289
  tad.bell@pillsburylaw.com
DANIEL J. RICHERT, #232208
  daniel.richert@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
BRADLEY J. HULBERT
  hulbert@mbhb.com
KURT W. ROHDE
  rohdek@mbhb.com
RICHARD A. MACHONKIN
  machonkin@mbhb.com
300 South Wacker Drive
Chicago, IL 60606-6709
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Attorneys for Defendant
DIGITAL NETWORKS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 07 CV 05568 JSW<br><br>PROOF OF SERVICE |

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of

1  this Court, at whose direction the service was made. I am over the age of eighteen years, and
2  not a party to the within action. My business address is 2475 Hanover Street, Palo Alto,
3  California 94304. On the date set forth below I served:

    1. **BRADLEY J. HULBERT'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;**

    2. **[PROPOSED] ORDER GRANTING BRADLEY J. HULBERT'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;**

    3. **RICHARD A. MACHONKIN'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;**

    4. **[PROPOSED] ORDER GRANTING RICHARD A. MACHONKIN'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;**

    5. **KURT W. ROHDE'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; and**

    6. **PROPOSED] ORDER GRANTING KURT W. ROHDE'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;**

☒ (BY MAIL) I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Palo Alto, California. I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error to the numbers listed below.

☐ (BY E-MAIL) The above-referenced document was transmitted via e-mail to the parties and counsel of record listed below, copies of which are attached hereto.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

| | | |
|---|---|---|
| 1 | James Michael Kaler, Esq. | Melody A. Kramer, Esq. |
| 2 | Kaler Law Offices<br>9930 Mesa Rim Road, Suite 1600 | Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Suite 1600 |
| 3 | San Diego, CA  92121 | San Diego, CA  92121 |

Executed on December 3, 2007, at Palo Alto, California.

*/s/ Frances Ceccacci*
Frances Ceccacci