

1
2
3     E-Fil
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 07 CV 05568 JSW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Bradley J. Hulbert, an active member in good standing of the bar of the United States District Court, Northern District of Illinois, whose business address and telephone number are McDonnell Boehnen Hulbert & Berghoff LLP, 300 South Wacker Drive, Chicago, IL 60606-6709, (312) 913-0001, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant DIGITAL NETWORKS NORTH AMERICA, INC. in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-

1 counsel designated in the application will constitute notice to the party. All future filings in
2 this action are subject to the requirements contained in General Order No. 45, *Electronic*
3 *Case Filing.*

4 Dated: **DEC 0 7 2007**

*Jeffrey S. White*
United States District Court Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

700872005v1 - 2 - [PROPOSED] ORDER
Case No. 07 CV 05568 JSW