ORIGINAL

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST

**V.**

DIGITAL NETWORKS NORTH AMERICA, INC.,
a Delaware corporation; LEGACY SUPPORT
SERVICES, LTD. d/b/a S2G; and DOES 1-100

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07-5568

TO: (Name and address of defendant)

c/o registered agent for service of process
C T CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler, Esq.
9930 Mesa Rim Road
Suite 200
San Diego, CA 92121

an answer to the ~~amended~~ complaint which is herewith served upon you, within  20  days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

_____
(BY) DEPUTY CLERK

DATE_____    NOV 2 9 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] *amended* | 12/06/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Melody A. Kramer | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

    FedEx overnight to the following address: 2475 Hanover Street, Palo Alto, CA 94304-1114

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $14.81 | $14.81 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/6/07
          Date

                            *Signature of Server*

                            9930 Mesa Rim Rd., Suite 1600

                            San Diego, CA 92121
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com