1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID A. JAKOPIN #209950
2     david.jakopin@pillsburylaw.com
   THEODORE K. BELL #184289
3     tad.bell@pillsburylaw.com
   DANIEL J. RICHERT #232208
4     daniel.richert@pillsburylaw.com
   2475 Hanover Street
5  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
6  Facsimile: (650) 233-4545

7  MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
   BRADLEY J. HULBERT
8     hulbert@mbhb.com
   KURT W. ROHDE
9     rohdek@mbhb.com
   RICHARD A. MACHONKIN
10    machonkin@mbhb.com
   300 South Wacker Drive
11 Chicago, IL  60606-6709
   Telephone: (312) 913-0001
12 Facsimile: (312) 913-0002

13 Attorneys for Defendant
   DIGITAL NETWORKS NORTH AMERICA, INC.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17 _____
                                           )
18 JENS ERIK SORENSEN, as Trustee of       )   No. 07 CV 5568
   SORENSEN RESEARCH AND                   )
19 DEVELOPMENT TRUST,                      )   **NOTICE OF MOTION AND
                                           )   MOTION TO STAY THE
20                     Plaintiff,          )   LITIGATION PENDING THE
                                           )   OUTCOME OF REEXAMINATION
21    vs.                                  )   PROCEEDINGS**
                                           )
22 DIGITAL NETWORKS NORTH                  )   Date:       January 18, 2008
   AMERICA, INC., a Delaware corporation,  )   Time:       9:00 a.m.
23                                         )   Courtroom:  2, 17th Floor
                       Defendant.          )   Judge:      Hon. Jeffrey S. White
24 _____)

25

26

27

28

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   NOTICE IS HEREBY GIVEN that on January 18, 2008 at 9:00 a.m., or as soon
3   thereafter as the matter may be heard by the above-entitled Court, defendant <u>Digital</u>
4   <u>Networks North America, Inc.</u> ("DNNA") will and hereby does respectfully move for a stay
5   of the above-captioned proceeding pending the outcome of the ongoing United States
6   Patent & Trademark Office ("PTO") reexamination of the patent in suit, U.S. Patent No.
7   4,935,184 ("the '184 patent").

8   A stay is warranted given the current status of this case. The original Complaint
9   was served on November 12, 2007. An Amended Complaint was filed on November 27,
10  2007. Discovery has not yet begun, no trial date has been set, and the parties have not yet
11  submitted initial Rule 26(a)(1) disclosures. A stay will conserve the resources of both the
12  Court and the parties and will also provide the benefit of simplifying (if not eliminating) the
13  issues for trial. Given that the '184 patent will be expiring in approximately three months
14  and that discovery has not yet begun, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen
15  Research and Development Trust ("Plaintiff" or "Sorensen"), would not be prejudiced in
16  any way by entry of an order staying the present litigation pending the PTO's ongoing
17  reexamination of the '184 patent. Failure to grant a stay may result in prejudice to the
18  Defendant.

19
20
21
22
23
24
25
26
27
28

1    For the reasons set forth in greater detail in the Supporting Memorandum of Points
2    and Authorities and related pleadings submitted herewith, DNNA respectfully requests that
3    the Court order this case stayed pending completion of the PTO's ongoing reexamination of
4    the '184 patent.

5    Dated: December 11, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID A. JAKOPIN
THEODORE K. BELL
DANIEL J. RICHERT
2475 Hanover Street
Palo Alto, CA  94304-1114


By _____/s/_____
Daniel J. Richert
Attorneys for Defendant
DIGITAL NETWORKS NORTH AMERICA, INC.

Of Counsel:

Bradley J. Hulbert (admitted *pro hac vice*)
Richard A. Machonkin (admitted *pro hac vice*)
Kurt W. Rohde (admitted *pro hac vice*)
MCDONNELL BOEHNEN HULBERT
 & BERGHOFF
300 South Wacker Drive
Chicago, Illinois  60606
312-913-0001  Telephone
312-913-0002  Facsimile
hulbert@mbhb.com
machonkin@mbhb.com
rohdek@mbhb.com