| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | DAVID A. JAKOPIN  #209950 |
| 2 |   david.jakopin@pillsburylaw.com |
|   | THEODORE K. BELL  #184289 |
| 3 |   tad.bell@pillsburylaw.com |
|   | DANIEL J. RICHERT  #232208 |
| 4 |   daniel.richert@pillsburylaw.com |
|   | 2475 Hanover Street |
| 5 | Palo Alto, CA  94304-1114 |
|   | Telephone: (650) 233-4500 |
| 6 | Facsimile: (650) 233-4545 |
| 7 | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP |
|   | BRADLEY J. HULBERT |
| 8 |   hulbert@mbhb.com |
|   | KURT W. ROHDE |
| 9 |   rohdek@mbhb.com |
|   | RICHARD A. MACHONKIN |
| 10 |   machonkin@mbhb.com |
|   | 300 South Wacker Drive |
| 11 | Chicago, IL  60606-6709 |
|   | Telephone: (312) 913-0001 |
| 12 | Facsimile: (312) 913-0002 |
| 13 | Attorneys for Defendant |
|   | DIGITAL NETWORKS NORTH AMERICA, INC. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,, | ) ) ) ) | Case No. 07 CV 5568 |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION PURSUANT TO CIVIL L.R. 6-3 TO ENLARGE TIME TO RESPOND TO THE AMENDED COMPLAINT PENDING MOTION TO STAY |
| vs. | ) ) ) | |
| DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation, | ) ) ) | **[Civ. L.R. 6-3]** |
| Defendant. | ) ) ) ) | Courtroom: 2, 17th Floor<br>Judge:     Hon. Jeffrey S. White |
| | ) ) ) | Filed Concurrently:<br>1. Motion to Enlarge Time<br>2. Declaration of Theodore K. Bell |

1	Defendant DIGITAL NETWORKS NORTH AMERICA, INC. ("Defendant") has
2	moved pursuant to Civil Local Rule 6-3 to enlarge time to respond to plaintiff's amended
3	complaint.
4	The Court, having considered Defendant's motion and plaintiff's opposition thereto,
5	finds that there is good cause to grant Defendant's motion pursuant to Civil Local Rule 6-3.
6	Defendant has filed a motion to stay these proceedings pending reexamination of the patent-
7	in-suit by the United States Patent and Trademark Office ("Motion to Stay").  Dkt. 24.  It is
8	in the interest of judicial economy to stay Defendant's requirement to respond to the
9	amended complaint until after this Court rules upon the Motion to Stay.
10	ACCORDINGLY, IT IS HEREBY ORDERED THAT:
11	1.	Defendants' Motion is GRANTED.
12	2.	Defendants need not answer or otherwise respond to plaintiff's amended
13	complaint unless and until ten (10) days after this Court enters an Order denying the Motion
14	to Stay.
15	Dated: _____, 2007.
16
17
18	                                                    _____
	                                                    Hon. Jeffrey S. White
19	                                                    United States District Judge
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANT'S
L.R. 6-3 MOTION TO ENLARGE TIME