# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST

V.

DIGITAL NETWORKS NORTH AMERICA, INC.,
a Delaware corporation; LEGACY SUPPORT
SERVICES, LTD. d/b/a S2G; and DOES 1-100

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 07-5568

TO: (Name and address of defendant)

c/o registered agent for service of process
Mr. Richard Downs
Legacy Support Services, Ltd.
300 S. 13th Street
Waco, TX 76701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler, Esq.
9930 Mesa Rim Road
Suite 200
San Diego, CA 92121

an answer to the ~~complaint~~ *amended* which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV 2 9 2007
DATE

(signature)
(BY) DEPUTY CLERK

1  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
2  9930 Mesa Rim Road, Suite 200
3  San Diego, California 92121
   Telephone (858) 362-3151
4

5  MELODY A. KRAMER, SBN 169984
   KRAMER LAW OFFICE
6  9930 Mesa Rim Road, Suite 1600
7  San Diego, California 92121
   Telephone (858) 362-3150
8

9  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
10 DEVELOPMENT TRUST

11

12              UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 JENS ERIK SORENSEN, as Trustee of    ) Case No. CV 075568 JSW
   SORENSEN RESEARCH AND                )
16 DEVELOPMENT TRUST,                   )
                                        )
17              Plaintiff               ) **PROOF OF SERVICE OF SUMMONS,**
                                        ) **COMPLAINT, ORDER SETTING CMC**
18    v.                                ) **AND REQUIRING JOINT CASE**
                                        ) **MANAGEMENT CONFERENCE**
19 DIGITAL NETWORKS NORTH               ) **STATEMENT**
   AMERICA, INC., a Delaware corporation;)
20 LEGACY SUPPORT SERVICES, LTD.        )
21 d/b/a S2G; and DOES 1-100            )
                                        )
22              Defendants.             )

23 _____

24

25
        I, Melody A. Kramer, declare:
26
        I am and was at the time of this service working within the County of San Diego,
27
   California. I am over the age of 18 years and not a party to the within action. My business
28

address is Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, CA 92121.

On December _13_, 2007, I served the following documents:

**Amended Complaint (Docket #12)**
**Summons**
**First Amended Notice of Related Cases**
**Order Setting CMC and Requiring Joint CMC Statement (Docket #10)**
**Reassignment Order (Docket #9)**
**Notice of Impending Reassignment to US District Judge (Docket #8)**
**Plaintiff's Declination to Proceed before Magistrate Judge (Docket #5)**
**Report to USPTO (Docket #4)**
**ECF Registration Information Handout**

on the party to this action as follows:
Legacy Support Services, LTD.
C/o Registered Agent for Service of Process
Mr. Richard Downs
300 S. 13th Street
Waco, TX 76701

By U.S. Mail – Certified Mail, Return Receipt Requested. I deposited or caused to be deposited with the U.S. Postal Service is a sealed envelope containing a true copy of the foregoing documents with postage fully prepaid addressed to the above-noted addressee as per the requirements of *California Code of Civil Procedure* §415.40 and *Federal Rules of Civil Procedure*, Rule 4.

I declare that the foregoing is true and correct, and this declaration was executed on this _13_ day of December 2007, in San Diego, California.

_____
Melody A. Kramer
Attorney for Plaintiff

2.

Case No. cv 07-5568 JSW