1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID A. JAKOPIN  #209950
2    david.jakopin@pillsburylaw.com
   THEODORE K. BELL  #184289
3    tad.bell@pillsburylaw.com
   DANIEL J. RICHERT  #232208
4    daniel.richert@pillsburylaw.com
   2475 Hanover Street
5  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
6  Facsimile: (650) 233-4545

7  MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
   BRADLEY J. HULBERT
8    hulbert@mbhb.com
   KURT W. ROHDE
9    rohdek@mbhb.com
   RICHARD A. MACHONKIN
10   machonkin@mbhb.com
   300 South Wacker Drive
11 Chicago, IL  60606-6709
   Telephone: (312) 913-0001
12 Facsimile: (312) 913-0002

13 Attorneys for Defendant
   DIGITAL NETWORKS NORTH AMERICA, INC.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18 JENS ERIK SORENSEN, as Trustee of          ) Case No. 07 CV 5568
   SORENSEN RESEARCH AND                      )
19 DEVELOPMENT TRUST,,                        ) [PROPOSED] ORDER GRANTING
                                              ) DEFENDANT'S MOTION PURSUANT TO
20                    Plaintiff,              ) CIVIL L.R. 6-3 TO ENLARGE TIME TO
                                              ) RESPOND TO THE AMENDED
21       vs.                                  ) COMPLAINT PENDING MOTION TO
                                              ) STAY
22 DIGITAL NETWORKS NORTH                     )
   AMERICA, INC., a Delaware corporation,     ) [Civ. L.R. 6-3]
23                                            )
                      Defendant.              ) Courtroom: 2, 17th Floor
24                                            ) Judge:     Hon. Jeffrey S. White
                                              )
25                                            )
                                              ) Filed Concurrently:
26                                            ) 1. Motion to Enlarge Time
                                              ) 2. Declaration of Theodore K. Bell
27

28

1  Defendant DIGITAL NETWORKS NORTH AMERICA, INC. ("Defendant") has
2  moved pursuant to Civil Local Rule 6-3 to enlarge time to respond to plaintiff's amended
3  complaint.
4  The Court, having considered Defendant's motion and plaintiff's opposition thereto,
5  finds that there is good cause to grant Defendant's motion pursuant to Civil Local Rule 6-3.
6  Defendant has filed a motion to stay these proceedings pending reexamination of the patent-
7  in-suit by the United States Patent and Trademark Office ("Motion to Stay").  Dkt. 24.  It is
8  in the interest of judicial economy to stay Defendant's requirement to respond to the
9  amended complaint until after this Court rules upon the Motion to Stay.
10  ACCORDINGLY, IT IS HEREBY ORDERED THAT:
11  1.  Defendants' Motion is GRANTED.
12  2.  Defendants need not answer or otherwise respond to plaintiff's amended
13  complaint unless and until ten (10) days after this Court enters an Order denying the Motion
14  to Stay.
15  Dated: December 18, 2007.

_____
Hon. Jeffrey S. White
United States District Judge