PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID A. JAKOPIN #209950
  david.jakopin@pillsburylaw.com
THEODORE K. BELL #184289
  tad.bell@pillsburylaw.com
DANIEL J. RICHERT #232208
  daniel.richert@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
BRADLEY J. HULBERT
  hulbert@mbhb.com
RICHARD A. MACHONKIN
  machonkin@mbhb.com
KURT W. ROHDE
  rohdek@mbhb.com
300 South Wacker Drive
Chicago, IL 60606-6709
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Attorneys for Defendant
DIGITAL NETWORKS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEN ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>        Plaintiff<br><br>v.<br><br>DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1-100,<br><br>        Defendants. | No. 07 CV 5568 JSW<br><br>SECOND DECLARATION OF KURT W. ROHDE IN SUPPORT OF DEFENDANT DIGITAL NETWORKS NORTH AMERICA'S MOTION TO STAY THE LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS<br><br>Date: January 18, 2008<br>Time: 9:00 A.M.<br>Ctrm: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

1       Kurt W. Rohde declares and states as follows:

2       1.      I am an associate at the law firm of McDonnell Boehnen Hulbert & Berghoff

3  LLP, attorneys for Defendant in this case. Unless otherwise state herein, I have personal

4  knowledge of the facts stated in this declaration and if called upon by a court of law to do

5  so, I could and would testify competently to them.

6       2.      Attached hereto as Exhibit A is a true and correct copy of the D&B report

7  for Digital Networks North America, Inc., obtained on December 27, 2007 through the

8  Lexis online reporting database.

9

10      I declare under penalty of perjury that the foregoing is true and correct.

11      Executed this 4TH day of JANUARY, 2008, at Chicago, Illinois.

12

13

14      *(signature)*
        Kurt W. Rohde
        MCDONNELL BOEHNEN HULBERT
15      & BERGHOFF
        300 South Wacker Drive
16      Chicago, Illinois 60606
        312-913-0001 Telephone
17      312-913-0002 Facsimile
        rohdek@mbhb.com

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A
# SECOND ROHDE DECLARATION

Source:   D & B Business Reports
Terms:    DIGITAL NETWORKS NORTH AMERICA INC ( Edit Search )



COPYRIGHT 2007 DUN & BRADSTREET INC.
ALL RIGHTS RESERVED

ATTN: LEXISNEXIS CUSTOMER

BUSINESS BACKGROUND REPORT

DIGITAL NETWORKS NORTH AMERICA INC

DUNS: 13-093-4883                    DATE PRINTED: December 27, 2007

================================================================================

(SUBSIDIARY OF D & M HOLDINGS US INC,
MAHWAH, NJ)
+REPLAYTV DIV
+ESCIENT DIV

20400 STEVEN CREEK BLVD              Year Started: 2003
CUPERTINO, CA 95014                  Control Year: 2003
Telephone: 408 725-7400              This is a Headquarter location.

                                     Employees Total: 100
                                     Employees Here:  50

Top Executive: VIC PACOR, PRES

================================================================================

INDUSTRY

Line of Business:  MFG & WHOL CONSUMER ELECTRONICS

Primary SIC:

    3651   (MFG WHOL CONSUMER ELECTRONICS)

================================================================================

SPECIAL EVENTS

10/05/07      Business address has changed from 2600 San Tomas Expy, Santa
       Clara, CA, 95051 to 20400 Steven Creek Blvd, Cupertino, CA, 95014.

================================================================================

BUSINESS HISTORY

       ----------------------------------------------------------------

       The Corporate Details provided below may have been submitted by the
       management of the subject business and may not have been verified with
       the government agency which records such data.

       BUSINESS TYPE: CORPORATION -    DATE INCORPORATED: 03/24/2003
                     PROFIT            STATE OF INCORP:   DELAWARE

```
10/05/07
         VIC PACOR, PRES                    DOM GOLIO, SEC-TREAS
         DIRECTOR(S):  THE OFFICER(S)

              Business started 2003.  100% of capital stock is owned by the
         parent company.
              On April 15, 2003 Digital Networks purchased assets comprising
         the digital video recorder and MP3 business units of SONICblue
         Incorporated, including the ReplayTV and RIO brands.
              On April 24, 2003 Digital Networks purchased the assets of U S
         based OpenGlobe, Inc and Escient Convergence Corp, both subsidiaries
         of Escient Technologies, LLC.  These assets were used to form the
         Escient Division.
              VIC PACOR.  Antecedents not available.
              DOM GOLIO.  Antecedents not available.
              Business address has changed from 2841 Mission College Blvd,
         Santa Clara, CA, 95054 to 2600 San Tomas Expy, Santa Clara, CA, 95051.
              Business address has changed from 2600 San Tomas Expy, Santa
         Clara, CA, 95051 to 20400 Steven Creek Blvd, Cupertino, CA, 95014.

====================================================================

OPERATIONS

10/05/07      Subsidiary of D & M HOLDINGS US INC, MAHWAH, NJ which operates as
         a holding company.  Parent company owns 100% of capital stock.  Parent
         company has no other subsidiary(ies).
              As noted, this company is a subsidiary of D & M Holdings US Inc,
         DUNS number 130948958, and reference is made to that report for
         background information on the parent company and its management.  In
         turn, D & M Holdings US Inc is a subsidiary of D & M Holding Inc,
         Sagahihara, Japan.
              The company operates 2 divisions:.
              The ReplayTV Division manufactures digital video recorders.  The
         Escient Division manufactures digital convergence products which
         combine the Internet with home entertainment devices.
              EMPLOYEES:  100 which includes officer(s).  50 employed here.
              FACILITIES:  Occupies premises in a building.
              BRANCHES:  The Escient Division is located at 6640 Intech Blvd,
         Ste 250, Indianapolis, IN 46278.

====================================================================

CUSTOMER SERVICE

If you need any additional information or have any questions regarding this
report, please call our Customer Service Center at 1-800-234-DUNS(3867).

====================================================================
              END OF DUN & BRADSTREET BUSINESS BACKGROUND REPORT

Source:   D & B Business Reports
Terms:    DIGITAL NETWORKS NORTH AMERICA INC  ( Edit Search )
Date/Time: Thursday, December 27, 2007 4:45:47 PM
```

Terms & Conditions

Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.