| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | DAVID A. JAKOPIN #209950 |
| 2 |   david.jakopin@pillsburylaw.com |
|   | THEODORE K. BELL #184289 |
| 3 |   tad.bell@pillsburylaw.com |
|   | DANIEL J. RICHERT #232208 |
| 4 |   daniel.richert@pillsburylaw.com |
|   | 2475 Hanover Street |
| 5 | Palo Alto, CA  94304-1114 |
|   | Telephone: (650) 233-4500 |
| 6 | Facsimile: (650) 233-4545 |
| 7 | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP |
|   | BRADLEY J. HULBERT |
| 8 |   hulbert@mbhb.com |
|   | KURT W. ROHDE |
| 9 |   rohdek@mbhb.com |
|   | RICHARD A. MACHONKIN |
| 10 |   machonkin@mbhb.com |
|   | 300 South Wacker Drive |
| 11 | Chicago, IL  60606-6709 |
|   | Telephone: (312) 913-0001 |
| 12 | Facsimile: (312) 913-0002 |
| 13 | Attorneys for Defendant |
|   | DIGITAL NETWORKS NORTH AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1-100, <br><br> Defendants. | No. 07 CV 5568 <br><br> **DECLARATION OF DOMINICK J. GOLIO IN SUPPORT OF DEFENDANT DIGITAL NETWORKS NORTH AMERICA'S MOTION TO STAY THE LITIGATION PENDING THE OUTCOME OF REEXAMINATON PROCEEDINGS** <br><br> Date: January 18, 2008 <br> Time: 9:00 A.M. <br> Ctrm: 2, 17th Floor <br> Judge: Hon. Jeffrey S. White |

## DECLARATION OF DOMINICK J. GOLIO

Dominick J. Golio declares and states as follows:

1. I am the Treasurer and a Senior Vice President of Digital Networks North America, Inc. ("DNNA"). Unless otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon by a court of law to do so, I could and would testify competently to them.

2. Digital Networks North America, Inc. ("DNNA") is an on-going business and has no present intention of disbanding operations.

3. DNNA has custody and control of archived sales figures for DNNA's sales of the known accused products for the time period from DNNA's acquisition of the product line until the present. DNNA has taken affirmative steps to preserve those archived sales figure documents, as well as all other databased documents relevant to this litigation.

4. To the best of my knowledge, Liteon Technology Corporation, located at 4F, No. 90, Chien I Rd, Chungho, Taipei Hsien 235, Taiwan, manufactured for DNNA the products accused of infringement by Sorensen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of January, 2008, at Mahwah, New Jersey.

_/s/ Dominick J. Golio_
Dominick J. Golio