1  MELODY A. KRAMER, SBN 169984
2  KRAMER LAW OFFICE
   9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
4  Telephone (858) 362-3150

5  J. MICHAEL KALER, SBN 158296
6  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
7  San Diego, California 92121
8  Telephone (858) 362-3151

9

10 Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
11 DEVELOPMENT TRUST

12

13
                    UNITED STATES DISTRICT COURT
14
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 | JENS ERIK SORENSEN, as Trustee of      ) Case No. 07cv 05568 JSW
17 | SORENSEN RESEARCH AND                  )
   | DEVELOPMENT TRUST,                     )
18 |                                        ) **PLAINTIFF'S REQUEST FOR**
19 |                       Plaintiff        ) **ORAL ARGUMENTS ON**
   |    v.                                  ) **DEFENDANT DIGITAL**
20 |                                        ) **NETWORKS NORTH AMERICA,**
21 | DIGITAL NETWORKS NORTH                 ) **INC.'S MOTION FOR STAY**
   | AMERICA, INC., a Delaware              )
22 | corporation; LEGACY SUPPORT            ) DATE: January 18, 2008
23 | SERVICES, LTD. d/b/a S2G; and DOES     ) TIME: 9:00 A.M.
   | 1-100,                                 ) Ctrm: 2, 17th Floor
24 |                                        ) Judge: Hon. Jeffrey S. White
25 |                       Defendants.      )
                                            )
26 |_____)

27

28

1    PLAINTIFF Jens Erik Sorensen, as trustee of Sorensen Research &
2 Development Trust, hereby requests that the Court hear oral argument on Defendant
3 Digital Networks North America's Motion for Stay for the following reason:
4    1.    Defendant offered new evidence in its Reply brief (2 declarations) on
5 the motion that Plaintiff to which Plaintiff has not had an opportunity to respond.

7 DATED this 4th day of January, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff


/s/ Melody A. Kramer

---

Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff

16 //
17 //

# PROOF OF SERVICE

I, Melody A. Kramer declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121. I am a member of the State Bar of California and the Bar of this Court.

On January 4, 2008, I served on the parties to this action the following documents:

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENTS ON DEFENDANT DIGITAL NETWORKS NORTH AMERICA, INC.'S MOTION FOR STAY**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| David A. Jakopin<br>Theodore K. Bell<br>Daniel J. Richert<br>Pillsbury Winthrop et al<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>david.jakopin@pillsburylaw.com<br>tad.bell@pillsburylaw.com<br>Daniel.richert@pillburylaw.com<br>650-233-4545 FAX | Defendant Digital Networks North America, Inc. | Email – Pleadings Filed with the Court |
| Bradley J. Hulbert<br>Richard A. Machonkin<br>Kurt W. Rohde<br>McDonnell Boehnen et al<br>300 South Wacker Drive<br>Chicago, IL 60606-6709<br>hulbert@mbhb.com<br>machonkin@mbhb.com<br>rohdek@mbhb.com<br>312-913-0002 FAX | Defendant Digital Networks North America, Inc. | Email – Pleadings Filed with the Court |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a

1 | sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

I declare that the foregoing is true and correct, and that this declaration was executed on Friday, January 04, 2008, in San Diego, California.

                                         /s/ Melody A. Kramer

                                         _____

                                         Melody A. Kramer