# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST

V.

DIGITAL NETWORKS NORTH AMERICA, INC.,
a Delaware corporation; LEGACY SUPPORT
SERVICES, LTD. d/b/a S2G; and DOES 1-100

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07-5568

TO: (Name and address of defendant)

c/o registered agent for service of process
Mr. Richard Downs
Legacy Support Services, Ltd.
300 S. 13th Street
Waco, TX 76701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler, Esq.
9930 Mesa Rim Road
Suite 200
San Diego, CA 92121

an answer to the amended complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  NOV 2 9 2007

**SIMONE VOLTZ**

(BY) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>December 13, 2007 |
| NAME OF SERVER *(PRINT)*<br>Melody A. Kramer | TITLE<br>Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Mailed via Certified Mail to the following address: Legacy Support Services, Ltd. 300 S. 13th Street, Waco, TX 76701

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $6.96 | TOTAL $6.96 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 16, 2008
                       Date

*Signature of Server*

9930 Mesa Rim Rd., Suite 1600

San Diego, CA 92121
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WACO, TX 76701

| | |
|---|---|
| Postage | $2.16 |
| Certified Fee | $2.65 |
| Return Reciept Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.96 |

Postmark: SAN DIEGO CA 92121, DEC 13 2007, 12/13/2007 USPS

Sent To: Richard Downs (Legacy Support)
Street, Apt. No.; or PO Box No.: 300 S. 13th Street
City, State, ZIP+4: Waco, TX 76701

PS Form 3800, June 2002     See Reverse for Instructions

Article number: 7003 3110 0003 3011 8737

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Legacy Support Services, LTD.
   Mr. Richard Downs
   300 S. 13th Street
   Waco, TX 76701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name): S. Davies
C. Date of Delivery: 12/17/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0003 3011 8737

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540