1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID A. JAKOPIN #209950
2    david.jakopin@pillsburylaw.com
   THEODORE K. BELL #184289
3    tad.bell@pillsburylaw.com
   DANIEL J. RICHERT #232208
4    daniel.richert@pillsburylaw.com
   2475 Hanover Street
5  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
6  Facsimile: (650) 233-4545

7  MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
   BRADLEY J. HULBERT
8    hulbert@mbhb.com
   RICHARD A. MACHONKIN
9    machonkin@mbhb.com
   KURT W. ROHDE
10   rohdek@mbhb.com
   300 South Wacker Drive
11 Chicago, IL 60606-6709
   Telephone: (312) 913-0001
12 Facsimile: (312) 913-0002

13 Attorneys for Defendant
   DIGITAL NETWORKS NORTH AMERICA, INC.
14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

18 JEN ERIK SORENSEN, as Trustee )
   of SORENSEN RESEARCH AND    )    No. 07 CV 5568 JSW
   DEVELOPMENT TRUST,          )
19                             )
                               )    **DEFENDANT DIGITAL NETWORKS**
20           Plaintiff,        )    **NORTH AMERICA'S RESPONSE TO**
        v.                     )    **JUDICIAL REFERRAL FOR PURPOSE**
21                             )    **OF DETERMINING RELATIONSHIP OF**
   DIGITAL NETWORKS NORTH      )    **CASES**
22 AMERICA, INC., a Delaware   )
   corporation; LEGACY SUPPORT )
23 SERVICES, LTD. d/b/a S2G; and )
   DOES 1-100,                 )
24                             )
           Defendants.         )
25                             )

26

27

28

1    Defendant Digital Networks North America ("DNNA") hereby concurs with Plaintiff's
2  Response to Judicial Referral for Purposes of Determining Relationship of cases filed on
3  March 31, 2004.  (Document No. 42 – Case No. CV-05568-JSW.)
4    Under the definition of related cases set forth in Local Rule 3-12(a), an action is only
5  related to another when it "appears likely that there will be an unduly burdensome duplication of
6  labor and expense or conflicting results if the cases are conducted before different Judges."
7  There is unlikely to be any burdensome duplication if the case filed by plaintiff Sorensen
8  against DNNA is not deemed related to the cases filed by Sorensen against First International
9  Digital Inc. ("First International") and Ampro Tools Corporation ("Ampro Tools").
10    As reflected in the Docket Reports for Case No. CV-05525-JSW and Case No. CV-
11  00096-CW.  Judge White has entered a default judgment against First International, and Judge
12  Wilken's Clerk has entered a Notice of Default against Ampro Tools.  Unlike the suit against
13  DNNA, the First International and Ampro Tools cases are likely to involve the enforcement of
14  default judgments rather than the interpretation of Sorensen's asserted patent.
15    Dated:  April 1, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID A. JAKOPIN
THEODORE K. BELL
DANIEL J. RICHERT
2475 Hanover Street
Palo Alto, CA 94304-1114


By       /s/ Theodore K. Bell
              Theodore K. Bell
       Attorneys for Defendant
       DIGITAL NETWORKS NORTH AMERICA, INC.

1 | Of Counsel:

2 | Bradley J. Hulbert  (admitted *pro hac vice*)
Richard A. Machonkin  (admitted *pro hac vice*)
3 | Kurt W. Rohde  (admitted *pro hac vice*)
M<small>C</small>D<small>ONNELL</small> B<small>OEHNEN</small> H<small>ULBERT</small> & B<small>ERGHOFF</small>
4 | 300 South Wacker Drive
Chicago, Illinois  60606
5 | 312-913-0001  Telephone
312-913-0002  Facsimile
6 | hulbert@mbhb.com
machonkin@mbhb.com
7 | rohdek@mbhb.com

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28