1 | MELODY A. KRAMER, SBN 169984
2 | KRAMER LAW OFFICE, INC.
  | 9930 Mesa Rim Road, Suite 1600
3 | San Diego, California 92121
4 | Telephone (858) 362-3150

5 | J. MICHAEL KALER, SBN 158296
6 | KALER LAW OFFICES
  | 9930 Mesa Rim Road, Suite 200
7 | San Diego, California 92121
8 | Telephone (858) 362-3151

10 | Attorneys for Plaintiff JENS ERIK SORENSEN,
11 | as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br>         Plaintiff <br>  v. <br><br> DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1-100, <br><br>         Defendants. | Case No. CV 07-05568 JSW <br><br> **NOTICE OF MOTION AND MOTION FOR PARTIAL LIFT OF STAY AS TO DEFENDANT LEGACY SUPPORT SERVICES FOR PURPOSES OF ENTERING DEFAULT** <br><br> Date: June 13, 2008 <br> Time: 9:00 a.m. <br> Courtroom 2, 17th Floor <br> Judge: Hon. Jeffrey S. White |

TO THE ABOVE-ENTITLED COURT AND DEFENDANTS DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware Corporation, LEGACY SUPPORT SERVICES, LTD, d/b/a S2G and DOES 1-100:

NOTICE is hereby given that on June 13, 2008 at 9:00 a.m., Plaintiff will and hereby does move this Court for an order for partial lift of stay of proceedings in this case issued on January 16, 2008 as to Defendant Legacy Services for the purpose of entering default and obtaining default Judgment. This motion is based upon Plaintiff's Memorandum of Points and Authorities, and the case file.

DATED this 15th day of April, 2008.

> JENS ERIK SORENSEN, as Trustee of
> SORENSEN RESEARCH AND DEVELOPMENT
> TRUST, Plaintiff
>
> /s/ Melody A. Kramer
> J. Michael Kaler, Esq.
> Melody A. Kramer, Esq.
> Attorneys for Plaintiff

**PROOF OF SERVICE**

I, Melody A. Kramer declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121. I am a member of the State Bar of California and the Bar of this Court.

On April 15, 2008, I served on the parties to this action the following documents:

NOTICE OF MOTION AND MOTION FOR PARTIAL LIFT OF STAY AS TO DEFENDANT LEGACY SUPPORT SERVICES FOR PURPOSES OF ENTERING DEFAULT

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL LIFT OF STAY AS TO DEFENDANT LEGACY SUPPORT SERVICES FOR PURPOSES OF ENTERING DEFAULT

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL LIFT OF STAY AS TO DEFENDANT LEGACY SUPPORT SERVICES FOR PURPOSES OF ENTERING DEFAULT

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| David A. Jakopin<br>Theodore K. Bell<br>tad.bell@pillsburylaw.com<br>Daniel J. Richert<br>Pillsbury Winthrop et al<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>650-233-4545 FAX | Defendant Digital Networks North America, Inc. | Email – Pleadings Filed with the Court |
| Bradley J. Hulbert<br>hulbert@mbhb.com<br>Richard A. Machonkin<br>machonkin@mbhb.com<br>Kurt W. Rohde<br>rohdek@mbhb.com<br>300 South Wacker Drive<br>Chicago, IL 60606 | Defendant Digital Networks North America, Inc. | Email – Pleadings Filed with the Court |

| Legacy Support Services, LTD. C/o Registered Agent for Service of Process Mr. Richard Downs 300 S. 13th Street Waco, TX 76701 | Legacy Support Services, LTD. | Federal Express |
|---|---|---|

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☒ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, April 15, 2008, in San Diego, California.

/s/ Melody A. Kramer
_____
Melody A. Kramer