IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN,

    Plaintiff,

v.

DIGITAL NETWORKS NORTH AMERICA INC.; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1 through 100,

    Defendants.

No. C 07-05568 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on May 23, 2008 on Plaintiff's motion for a partial lift of the stay. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than April 30, 2008 and Plaintiff's reply brief, if any, shall be filed by no later than May 7, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 16, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE