| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | DAVID A. JAKOPIN #209950 |
| 2 |   david.jakopin@pillsburylaw.com |
|   | DANIEL J. RICHERT #232208 |
| 3 |   daniel.richert@pillsburylaw.com |
|   | 2475 Hanover Street |
| 4 | Palo Alto, CA 94304-1114 |
|   | Telephone: (650) 233-4500 |
| 5 | Facsimile: (650) 233-4545 |
| 6 | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP |
|   | BRADLEY J. HULBERT |
| 7 |   hulbert@mbhb.com |
|   | RICHARD A. MACHONKIN |
| 8 |   machonkin@mbhb.com |
|   | KURT W. ROHDE |
| 9 |   rohdek@mbhb.com |
|   | 300 South Wacker Drive |
| 10 | Chicago, IL 60606-6709 |
|    | Telephone: (312) 913-0001 |
| 11 | Facsimile: (312) 913-0002 |
| 12 | Attorneys for Defendants |
|    | DIGITAL NETWORKS NORTH AMERICA, INC. and |
| 13 | LEGACY SUPPORT SERVICES, LTD. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) ) ) ) | No. 07 CV 5568 JSW |
| Plaintiff, | ) ) | **DECLARATION OF KURT W. ROHDE IN SUPPORT OF (1) DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL LIFT OF STAY AS TO LEGACY SUPPORT SERVICES FOR PURPOSES OF ENTERING DEFAULT; AND (2) LEGACY SUPPORT SERVICES' MOTION TO SET ASIDE ANY APPEARANCE OF DEFAULT AND TO GRANT LEGACY THE SAME ENLARGEMENT OF TIME TO ANSWER AS DNNA** |
| v. | ) ) | |
| DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1-100, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| | ) ) ) ) ) | Date: June 13, 2008<br>Time: 9:00 a.m.<br>Ctrm: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

1   Kurt W. Rohde declares and states as follows:

2   1.   I am an associate at the law firm of McDonnell Boehnen Hulbert & Berghoff
3   LLP, attorneys for Defendants in this case.  Unless otherwise stated herein, I have personal
4   knowledge of the facts stated in this declaration and if called upon by a court of law to do so, I
5   could and would testify competently to them.

6   2.   The request for Reexamination 90/008,976 was not submitted by Digital
7   Networks North America, Inc. ("DNNA") or Legacy Support Services, Ltd. ("Legacy"), nor was
8   it submitted by any entity at the request of the aforementioned Defendants.

9   3.   Prior to the alleged Answer date of January 13, 2008, Legacy was aware of the
10  Court's Order Granting Defendant's Motion Pursuant to Civil L.R. 6-3 To Enlarge Time to
11  Respond to the Amended Complaint, Docket #33, and Legacy reasonably relied on the plain
12  language of the Order in determining that it was not required to Answer unless and until ten days
13  after the Court entered an Order denying the Motion to Stay

14  4.   Before January 13, 2008, Legacy was represented by McDonnell Boehnen
15  Hulbert and Berghoff LLP, attorneys for DNNA.

16  5.   Attached hereto as Exhibit A is a true and correct copy of the United States Patent
17  and Trademark Office Communication concerning Reexamination 90/008,976.

18  6.   Attached hereto as Exhibit B is a true and correct copy of a letter from Melody
19  Kramer to Kurt Rohde, dated April 16, 2008.

20  7.   Attached hereto as Exhibit C is a true and correct copy of a letter from Kurt
21  Rohde to Melody Kramer, dated April 21, 2008.

22  8.   Attached hereto as Exhibit D is a true and correct copy of Docket Entry #12 in
23  *Sorensen v. First International Digital, Inc.*, No. 3:07-cv-05525 (N.D. Cal. 2007) (J. White), as
24  downloaded from the PACER electronic docket service.

25  9.   Attached hereto as Exhibit E is a true and correct copy of Docket Entry #8 in
26  *Sorensen v. Johnson Level & Tool Manufacturing Co.*, No. 3:08-cv-00025 (S.D. Cal. 2008), as
27  downloaded from the PACER electronic docket service.

28

1   10. Attached hereto as Exhibit F is a true and correct copy of Docket Entry #9 in *Sorensen v. Head USA, Inc.*, No. 3:06-cv-1434 (S.D. Cal. 2006), as downloaded from the PACER electronic docket service.

4   11. Attached hereto as Exhibit G is a true and correct copy of Docket Entry #11 in *Sorensen v. Ampro Tools Corp.*, No. 4:08-cv-00096 (N.D. Cal 2008), as downloaded from the PACER electronic docket service.

7   12. Attached hereto as Exhibit H is a true and correct copy of Docket Entry #10 in *Sorensen v. Rally Manufacturing, Inc.*, No. 08-cv-00305 (S.D. Cal. 2008), as downloaded from the PACER electronic docket service.

10   13. Attached hereto as Exhibit I is a true and correct copy of Docket Entry #18 in *Sorensen v. Global Machinery Co.*, No. 08-cv-00305 (S.D. Cal. 2008), as downloaded from the PACER electronic docket service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2008 at Chicago, Illinois.

_____
Kurt W. Rohde