PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID A. JAKOPIN #209950
  david.jakopin@pillsburylaw.com
DANIEL J. RICHERT #232208
  daniel.richert@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
BRADLEY J. HULBERT
  hulbert@mbhb.com
RICHARD A. MACHONKIN
  machonkin@mbhb.com
KURT W. ROHDE
  rohdek@mbhb.com
300 South Wacker Drive
Chicago, IL 60606-6709
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Attorneys for Defendants
DIGITAL NETWORKS NORTH AMERICA, INC. and
LEGACY SUPPORT SERVICES, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br>v.<br><br>DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1-100,<br><br>Defendants. | No. 07 CV 5568 JSW<br><br>**DEFENDANT LEGACY SUPPORT SERVICES' NOTICE OF MOTION AND MOTION TO SET ASIDE ANY APPEARANCE OF DEFAULT AND TO GRANT LEGACY THE SAME ENLARGEMENT OF TIME TO ANSWER AS DNNA**<br><br>Date: June 13, 2008<br>Time: 9:00 a.m.<br>Ctrm: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

701059324v1

Notice of Motion to Set Aside Appearance
Of Default and Enlarge Time to Answer
Case No. 07 CV 5568 JSW

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   NOTICE IS HEREBY GIVEN that on June 13, 2008 at 9:00 a.m., or as soon thereafter
3   as the matter may be heard by the above-entitled Court, defendant Legacy Support Services, Ltd.
4   ("Legacy") will and hereby does respectfully move for the Court to grant an Order setting aside
5   any appearance of default by Legacy in the current litigation and giving Legacy the same
6   enlargement of time to Answer as co-defendant Digital Networks North America, Inc.
7   ("DNNA") has.

8   Under the plain language of the Court's December 18, 2007 Order Granting Defendant's
9   Motion Pursuant to Civil L.R. 6-3 To Enlarge Time To Respond To The Amended Complaint
10  Pending Motion to Stay, Docket #33, Legacy is not in default.  Further, should the Court find an
11  appearance of default, Legacy submits it can show good cause as to why any entry of default or
12  finding of default should be set aside.  Legacy has not engaged in any culpable conduct leading
13  to an appearance of default and Legacy has a meritorious defense to the underlying litigation
14  claims.  Further, Plaintiff Sorensen will not be hindered in his ability to pursue a claim in this
15  litigation, and thus will not be prejudiced.

16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

- 1 -   Notice of Motion to Set Aside Appearance
Of Default and Enlarge Time to Answer
Case No. 07 CV 5568 JSW

1    For the reasons set forth in greater detail in the Supporting Memorandum of Points and
2 Authorities and related pleadings submitted herewith, Legacy respectfully requests that the Court
3 set aside any appearance of default by Legacy in the current litigation and give Legacy the same
4 enlargement of time to Answer as co-defendant Digital Networks North America, Inc.
5 ("DNNA") has.

6

7    Dated: April 30, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID A. JAKOPIN
DANIEL J. RICHERT
2475 Hanover Street
Palo Alto, CA 94304-1114

By _____/s/_____
    Daniel J. Richert
Attorneys for Defendants
DIGITAL NETWORKS NORTH AMERICA, INC.
LEGACY SUPPORT SERVICES, LTD. d/b/a S2G

Of Counsel:
Bradley J. Hulbert  (admitted *pro hac vice*)
Richard A. Machonkin  (admitted *pro hac vice*)
Kurt W. Rohde  (admitted *pro hac vice*)
MCDONNELL BOEHNEN HULBERT & BERGHOFF
300 South Wacker Drive
Chicago, Illinois  60606
312-913-0001  Telephone
312-913-0002  Facsimile
hulbert@mbhb.com
machonkin@mbhb.com
rohdek@mbhb.com

701059324v1    - 2 -    Notice of Motion to Set Aside Appearance
Of Default and Enlarge Time to Answer
Case No. 07 CV 5568 JSW