1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID A. JAKOPIN #209950
2    david.jakopin@pillsburylaw.com
   DANIEL J. RICHERT #232208
3    daniel.richert@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
   BRADLEY J. HULBERT
7    hulbert@mbhb.com
   RICHARD A. MACHONKIN
8    machonkin@mbhb.com
   KURT W. ROHDE
9    rohdek@mbhb.com
   300 South Wacker Drive
10 Chicago, IL 60606-6709
   Telephone: (312) 913-0001
11 Facsimile: (312) 913-0002

12 Attorneys for Defendants
   DIGITAL NETWORKS NORTH AMERICA, INC. and
13 LEGACY SUPPORT SERVICES, LTD.

14

**UNITED STATES DISTRICT COURT**

15

**NORTHERN DISTRICT OF CALIFORNIA**

16

17 JENS ERIK SORENSEN, as Trustee
   of SORENSEN RESEARCH AND
18 DEVELOPMENT TRUST,

19            Plaintiff,

       v.
20

21 DIGITAL NETWORKS NORTH
   AMERICA, INC., a Delaware
22 corporation; LEGACY SUPPORT
   SERVICES, LTD. d/b/a S2G; and
23 DOES 1-100,

24            Defendants.

25

26

27

28

No. 07 CV 5568  JSW

**DECLARATION OF KURT W. ROHDE
IN SUPPORT OF (1) DEFENDANTS'
MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PARTIAL
LIFT OF STAY AS TO LEGACY
SUPPORT SERVICES FOR PURPOSES
OF ENTERING DEFAULT; AND (2)
LEGACY SUPPORT SERVICES'
MOTION TO SET ASIDE ANY
APPEARANCE OF DEFAULT AND TO
GRANT LEGACY THE SAME
ENLARGEMENT OF TIME TO ANSWER
AS DNNA**

Date: June 13, 2008
Time: 9:00 a.m.
Ctrm: 2, 17th Floor
Judge: Hon. Jeffrey S. White

1      Kurt W. Rohde declares and states as follows:

2      1.      I am an associate at the law firm of McDonnell Boehnen Hulbert & Berghoff

3    LLP, attorneys for Defendants in this case.  Unless otherwise stated herein, I have personal

4    knowledge of the facts stated in this declaration and if called upon by a court of law to do so, I

5    could and would testify competently to them.

6      2.      The request for Reexamination 90/008,976 was not submitted by Digital

7    Networks North America, Inc. ("DNNA") or Legacy Support Services, Ltd. ("Legacy"), nor was

8    it submitted by any entity at the request of the aforementioned Defendants.

9      3.      Prior to the alleged Answer date of January 13, 2008, Legacy was aware of the

10   Court's Order Granting Defendant's Motion Pursuant to Civil L.R. 6-3 To Enlarge Time to

11   Respond to the Amended Complaint, Docket #33, and Legacy reasonably relied on the plain

12   language of the Order in determining that it was not required to Answer unless and until ten days

13   after the Court entered an Order denying the Motion to Stay

14     4.      Before January 13, 2008, Legacy was represented by McDonnell Boehnen

15   Hulbert and Berghoff LLP, attorneys for DNNA.

16     5.      Attached hereto as Exhibit A is a true and correct copy of the United States Patent

17   and Trademark Office Communication concerning Reexamination 90/008,976.

18     6.      Attached hereto as Exhibit B is a true and correct copy of a letter from Melody

19   Kramer to Kurt Rohde, dated April 16, 2008.

20     7.      Attached hereto as Exhibit C is a true and correct copy of a letter from Kurt

21   Rohde to Melody Kramer, dated April 21, 2008.

22     8.      Attached hereto as Exhibit D is a true and correct copy of Docket Entry #12 in

23   *Sorensen v. First International Digital, Inc.*, No. 3:07-cv-05525 (N.D. Cal. 2007) (J. White), as

24   downloaded from the PACER electronic docket service.

25     9.      Attached hereto as Exhibit E is a true and correct copy of Docket Entry #8 in

26   *Sorensen v. Johnson Level & Tool Manufacturing Co.*, No. 3:08-cv-00025 (S.D. Cal. 2008), as

27   downloaded from the PACER electronic docket service.

28

1      10.    Attached hereto as Exhibit F is a true and correct copy of Docket Entry #9 in

2   *Sorensen v. Head USA, Inc.*, No. 3:06-cv-1434 (S.D. Cal. 2006), as downloaded from the

3   PACER electronic docket service.

4      11.    Attached hereto as Exhibit G is a true and correct copy of Docket Entry #11 in

5   *Sorensen v. Ampro Tools Corp.*, No. 4:08-cv-00096 (N.D. Cal 2008), as downloaded from the

6   PACER electronic docket service.

7      12.    Attached hereto as Exhibit H is a true and correct copy of Docket Entry #10 in

8   *Sorensen v. Rally Manufacturing, Inc.*, No. 08-cv-00305 (S.D. Cal. 2008), as downloaded from

9   the PACER electronic docket service.

10      13.    Attached hereto as Exhibit I is a true and correct copy of Docket Entry #18 in

11   *Sorensen v. Global Machinery Co.*, No. 08-cv-00305 (S.D. Cal. 2008), as downloaded from the

12   PACER electronic docket service.

13      I declare under penalty of perjury that the foregoing is true and correct.

14      Executed this 30ᵗʰ day of _April_____, 2008 at Chicago, Illinois.

15

16                                             Kurt W. Rohde

17

18

19

20

21

22

23

24

25

26

27

28