**MELODY A. KRAMER**, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

**J. MICHAEL KALER**, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>               Plaintiff<br>v.<br><br>DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1-100,<br><br>               Defendants. | Case No. 07cv 05568 JSW<br><br>**PLAINTIFF'S CIVIL LOCAL RULE 3.16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

//
//

1  Pursuant to Civil Local Rule 3-16, Plaintiff JENS E. SORENSEN, as TRUSTEE OF
2  THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"),
3  certifies that no such interest is known other than that of the named parties to the
4  action.
5  DATED this Thursday, May 08, 2008.

          JENS ERIK SORENSEN, as Trustee of
          SORENSEN RESEARCH AND DEVELOPMENT
          TRUST, Plaintiff

          /s/ Melody A. Kramer
          _____
          Melody A. Kramer, Esq.
          J. Michael Kaler
          Attorney for Plaintiff

**PROOF OF SERVICE**

I, Melody A. Kramer declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121. I am a member of the State Bar of California and the Bar of this Court.

On May 8, 2008, I served on the parties to this action the following documents:

**PLAINTIFF'S CIVIL LOCAL RULE 3.16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| David A. Jakopin<br>Theodore K. Bell<br>Daniel J. Richert<br>Pillsbury Winthrop et al<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>david.jakopin@pillsburylaw.com<br>tad.bell@pillsburylaw.com<br>Daniel.richert@pillburylaw.com<br>650-233-4545 FAX | Defendant Digital Networks North America, Inc. | Email – Pleadings Filed with the Court |
| Bradley J. Hulbert<br>Richard A. Machonkin<br>Kurt W. Rohde<br>McDonnell Boehnen et al<br>300 South Wacker Drive<br>Chicago, IL 60606-6709<br>hulbert@mbhb.com<br>machonkin@mbhb.com<br>rohdek@mbhb.com<br>312-913-0002 FAX | Defendant Digital Networks North America, Inc. | Email – Pleadings Filed with the Court |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a

3.

Case No. 07CV05568 JSW

1  sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.
2

3  ☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.
4

5  ☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.
6

7  ☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.
8
9

10  I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, May 08, 2008, in San Diego, California.
11

12                                                            /s/ Melody A. Kramer
                                                              _____
13                                                            Melody A. Kramer

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07CV05568 JSW

4.