1   MELODY A. KRAMER, SBN 169984
    KRAMER LAW OFFICE, INC.
2   9930 Mesa Rim Road, Suite 1600
    San Diego, California 92121
3   Telephone (858) 362-3150

4   J. MICHAEL KALER, SBN 158296
    KALER LAW OFFICES
5   9930 Mesa Rim Road, Suite 200
    San Diego, California 92121
6   Telephone (858) 362-3151

7   Attorneys for Plaintiff JENS ERIK SORENSEN,
    as Trustee of SORENSEN RESEARCH

8
    PILLSBURY WINTHROP              MCDONNELL BOEHNEN
9   SHAW PITTMAN LLP               HULBERT & BERGHOFF LLP
    DAVID A. JAKOPIN  209950       BRADLEY J. HULBERT (*pro hac vice*)
10   david.jakopin@pillsburylaw.com   hulbert@mbhb.com
    DANIEL J. RICHERT 232208       RICHARD A. MACHONKIN (*pro hac vice*)
11   daniel.richert@pillsburylaw.com   machonkin@mbhb.com
    2475 Hanover Street            KURT W. ROHDE (*pro hac vice*)
12   Palo Alto, CA  94304-1114      rohdek@mbhb.com
    Telephone: (650) 233-4500      300 South Wacker Drive
13   Facsimile: (650) 233-4545      Chicago, IL 60606-6709
                                   Telephone: (312) 913-0001
14                                  Facsimile: (312) 913-0002

15  Attorneys for Defendants
    DIGITAL NETWORKS NORTH AMERICA, INC. and
16  LEGACY SUPPORT SERVICES, LTD.

17
                    UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19

20  ─────────────────────────────        )
    JENS ERIK SORENSEN, as Trustee of     )        No. 07 CV 5568 JSW
21  SORENSEN RESEARCH AND                 )
    DEVELOPMENT TRUST,                    )
22                                        )     JOINT STATUS REPORT
                                          )     REGARDING THE STATUS OF
                           Plaintiff,     )     REEXAMINATION PROCEEDINGS
23                                        )
                                          )
24          vs.                           )
                                          )
25  DIGITAL NETWORKS NORTH                )
    AMERICA, INC., a Delaware corporation; )
26  LEGACY SUPPORT SERVICES, LTD.         )
    d/b/a/ S2G; and DOES 1-100,           )
27                                        )
                           Defendants.    )
28  ─────────────────────────────        )

701074625v1                        - 1 -

1

**JOINT STATUS REPORT**

2      Plaintiff, Jens Erik Sorensen ("Sorensen"), and defendants Digital Networks North

3   America, Inc. ("DNNA") and Legacy Support Services, Ltd. ("Legacy") respectfully

4   submit the following Joint Status Report.

5      On July 30, 2007, Black & Decker, a non-party to this litigation, filed a request for

6   reexamination of the '184 patent with the United States Patent and Trademark Office

7   ("USPTO").  The USPTO granted the request on October 11, 2007.  The reexamination was

8   assigned Serial No. 90/008,775.  This reexamination is still pending.  The USPTO has not

9   yet issued a first Office Action.

10      On December 21, 2007, another request for reexamination of the '184 patent was

11   filed by co-defendants to Black & Decker, non-parties to this litigation.  The USPTO

12   granted the request on February 21, 2008.  The second reexamination has been assigned

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28

1    Serial No. 90/008,976.  The second reexamination is still pending.  The USPTO has not yet

2    issued a first Office Action.

3

       Dated:  May 15, 2008.

4

5                                      PILLSBURY WINTHROP SHAW PITTMAN LLP
                                  DAVID A. JAKOPIN

6                                      DANIEL J. RICHERT
                                  2475 Hanover Street

7                                      Palo Alto, CA  94304-1114

8

9                                   By     /s/ Daniel J. Richert
                                      Daniel J. Richert

10                                     Attorneys for Defendants
                                  DIGITAL NETWORKS NORTH AMERICA,
                                  INC. AND LEGACY SUPPORT SERVICES,

11                                     LTD.

12

           **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

13

14          I, DANIEL J. RICHERT, hereby declare pursuant to General Order 45, § X.B, that I

15   have obtained the concurrence in the filing of this document from the other signatory listed

16   below.

17          I declare under penalty of perjury that the foregoing declaration is true and correct.

18   Executed on May 15, 2008, at Palo Alto, California.

19                                  By     /s/ Daniel J. Richert
                                      Daniel J. Richert

20

21                                  KRAMER LAW OFFICE, INC.
                                  9930 Mesa Rim Road, Suite 1600

22                                     San Diego, CA 92121

23                                  By     /s/ Melody A. Kramer
                                      Melody A. Kramer

24                                     Attorney for Plaintiff JENS ERIK
                                  SORENSEN

25

26

27

28

701074625v1                    - 3 -       JOINT STATUS REPORT REGARDING THE STATUS
                                         OF REEXAMINATION PROCEEDINGS
                                         Case No. 07 CV 5568 JSW