1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   DAVID A. JAKOPIN #209950
2    david.jakopin@pillsburylaw.com
   DANIEL J. RICHERT #232208
3    daniel.richert@pillsburylaw.com
   2475 Hanover Street
4  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
5  Facsimile: (650) 233-4545

6  MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
   BRADLEY J. HULBERT (admitted *pro hac vice*)
7    hulbert@mbhb.com
   RICHARD A. MACHONKIN (admitted *pro hac vice*)
8    machonkin@mbhb.com
   KURT W. ROHDE (admitted *pro hac vice*)
9    rohdek@mbhb.com
   300 South Wacker Drive
10 Chicago, IL 60606-6709
   Telephone: (312) 913-0001
11 Facsimile: (312) 913-0002

12 Attorneys for Defendants
   DIGITAL NETWORKS NORTH AMERICA, INC. and
13 LEGACY SUPPORT SERVICES, LTD.

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17 JENS ERIK SORENSEN, as Trustee )
   of SORENSEN RESEARCH AND      )   No. 07 CV 5568 JSW
18 DEVELOPMENT TRUST,            )
                                 )   **CERTIFICATION OF INTERESTED**
19         Plaintiff,            )   **ENTITIES OR PERSONS FOR**
        v.                       )   **DEFENDANTS DIGITAL NETWORKS**
20                               )   **NORTH AMERICA, INC. AND LEGACY**
   DIGITAL NETWORKS NORTH        )   **SUPPORT SERVICES, LTD.**
21 AMERICA, INC., a Delaware     )
   corporation; LEGACY SUPPORT   )   [Fed. R. Civ. P. 7.1]
22 SERVICES, LTD. d/b/a S2G; and )   [Local Rule 3-16]
   DOES 1-100,                   )
23                               )
           Defendants.           )
24                               )
                                 )
25                               )
                                 )
26

27

28

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil
2    Local Rule 3-16, Defendant Digital Networks North America, Inc. ("DNNA") discloses and
3    certifies, as of this date, in the above-captioned case as follows:
4        1.    Pursuant to Federal Rule of Civil Procedure 7.1, DNNA states (1) it is a wholly-
5              owned subsidiary of D&M Holdings US Inc. ("D&M"), and (2) that no publicly
6              held corporation owns 10% or more of DNNA's stock.
7        2.    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date,
8              other than the named parties and D&M, there is no such interest to report.
9    Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil
10   Local Rule 3-16, Defendant Legacy Support Services, Ltd. d/b/a S2G ("Legacy") discloses and
11   certifies, as of this date, in the above-captioned case as follows:
12       1.    Pursuant to Federal Rule of Civil Procedure 7.1, Legacy states (1) that it has no
13             parent company, and (2) that no publicly held corporation owns 10% or more of
14             Legacy Support Services' stock.
15   //
16   //
17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

- 1 -    Certification of Interested Entities or Persons
Case No. 07 CV 5568 JSW

1  2. Pursuant to Civil Local Rule 3-16, the undersigned certified that as of this date,

2  other than the named parties, there is no such interest to report.

3 Dated: May 15, 2008.

4          PILLSBURY WINTHROP SHAW PITTMAN LLP
           DAVID A. JAKOPIN
5          DANIEL J. RICHERT
           2475 Hanover Street
6          Palo Alto, CA 94304-1114

7

8          By /s/ Daniel J. Richert
              Daniel J. Richert
9          Attorneys for Defendants
           DIGITAL NETWORKS NORTH AMERICA, INC.
10         LEGACY SUPPORT SERVICES, LTD. d/b/a S2G

11
 Of Counsel:
12 Bradley J. Hulbert  (admitted *pro hac vice*)
 Richard A. Machonkin  (admitted *pro hac vice*)
13 Kurt W. Rohde  (admitted *pro hac vice*)
 MCDONNELL BOEHNEN HULBERT & BERGHOFF
14 300 South Wacker Drive
 Chicago, Illinois  60606
15 312-913-0001  Telephone
 312-913-0002  Facsimile
16 hulbert@mbhb.com
 machonkin@mbhb.com
17 rohdek@mbhb.com

18

19

20

21

22

23

24

25

26

27

28