IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>DIGITAL NETWORKS NORTH AMERICA INC.; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1 through 100,<br><br>    Defendants.<br>_____ / | No. C 07-05568 JSW<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PARTIALLY LIFT STAY** |

Now before the Court is the motion to partially lift the stay filed by plaintiff Jens Erik Sorensen ("Plaintiff") and the motion to set aside any appearance of default filed by defendant Legacy Support Services, Ltd. ("Legacy"). The Court finds that these matters are appropriate for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for June 13, 2008 is HEREBY VACATED.

Having considered the parties' pleadings and the relevant legal authority, the Court finds that partially lifting the stay in order to enter default against Legacy is not warranted and thus DENIES Plaintiff's motion to partially lift the stay. The Court DENIES Legacy's motion to set aside any appearance of default and to extend Legacy's time to respond to the amended

///

///

///

1  complaint as premature.  The Court will address any attempt by Plaintiff to enter default or a
2  correlative attempt by Legacy to set aside any appearance of default when the stay is lifted.
3  **IT IS SO ORDERED.**
4
5  Dated: June 11, 2008
6  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California