1  MELODY A. KRAMER, SBN 169984
   KRAMER LAW OFFICE, INC.
2  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
3  Telephone (858) 362-3150

4  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
5  9930 Mesa Rim Road, Suite 200
   San Diego, California 92121
6  Telephone (858) 362-3151

7  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH
8

   PILLSBURY WINTHROP                     MCDONNELL BOEHNEN
9  SHAW PITTMAN LLP                       HULBERT & BERGHOFF LLP
   DAVID A. JAKOPIN #209950               BRADLEY J. HULBERT *(pro hac vice)*
10   david.jakopin@pillsburylaw.com         hulbert@mbhb.com
   DANIEL J. RICHERT #232208              RICHARD A. MACHONKIN *(pro hac vice)*
11   daniel.richert@pillsburylaw.com        machonkin@mbhb.com
   2475 Hanover Street                    KURT W. ROHDE *(pro hac vice)*
12 Palo Alto, CA 94304-1114                 rohdek@mbhb.com
   Telephone: (650) 233-4500              300 South Wacker Drive
13 Facsimile: (650) 233-4545              Chicago, IL 60606-6709
                                          Telephone: (312) 913-0001
14                                        Facsimile: (312) 913-0002

15 Attorneys for Defendants
   DIGITAL NETWORKS NORTH AMERICA, INC. and
16 LEGACY SUPPORT SERVICES, LTD.

17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18 _____
                                         )
19 JENS ERIK SORENSEN, as Trustee        )
   of SORENSEN RESEARCH AND              )   No. 07 CV 5568 JSW
20 DEVELOPMENT TRUST,                    )
                                         )   **JOINT STATUS REPORT**
21        Plaintiff,                     )   **REGARDING THE STATUS OF**
        v.                               )   **REEXAMINATION PROCEEDINGS**
22                                       )
   DIGITAL NETWORKS NORTH                )
23 AMERICA, INC., a Delaware             )
   corporation; LEGACY SUPPORT           )
24 SERVICES, LTD. d/b/a S2G; and         )
   DOES 1-100,                           )
25                                       )
        Defendants.                      )
26                                       )
   _____)
27

28

1 **JOINT STATUS REPORT**

2 Pursuant to the Court's January 16, 2008 Order Granting Defendant's Motion to
3 Stay Litigation Pending Reexamination of Patent-In-Suit (Doc. 39), plaintiff, Jens Erik
4 Sorensen ("Sorensen"), and defendants Digital Networks North America, Inc. ("DNNA")
5 and Legacy Support Services, Ltd. ("Legacy") respectfully submit the following Joint
6 Status Report.

7 On July 30, 2007, Black & Decker, a non-party to this litigation, filed a request for
8 reexamination of the '184 patent with the United States Patent and Trademark Office
9 ("USPTO"). The USPTO granted the request on October 11, 2007. The reexamination was
10 assigned Serial No. 90/008,775.

11 On December 21, 2007, another request for reexamination of the '184 patent was
12 filed by co-defendants to Black & Decker, non-parties to this litigation. The USPTO
13 granted the request on February 21, 2008. The second reexamination was assigned Serial
14 No. 90/008,976.

15

16 New Developments Since the Last Joint Status Report

17 On August 30, 2008, the USPTO issued a decision merging the two reexamination
18 proceedings.

19 The USPTO has not yet issued a first Office Action (the first substantive action in a
20 reexamination proceeding) in either of the reexaminations.

21

22 Plaintiff Considers the Following Information Relevant To This Joint Status Report.
23 Defendants Do Not Believe That the Following Information Is Pertinent.

24 On June 25, 2008, the Patently-O intellectual property blog sponsored by
25 defendants' counsel, McDonnell Boehnen Hulbert & Berghoff LLP, reported the results of
26 a statistical analysis of USPTO reexamination figures for 2000+ reexamination certificates

27

28

1 published since 2000, showing an average pendency of 33.5 months rather than the PTO
2 reported average of 24.0 months..

3     On June 26, 2008, Professor Harold Wegner, a partner with Foley & Lardner
4 (lawfirm representing the filers of the second reexamination request) cited the Patently-O
5 research and reported that "many if not most *ex parte* reexaminations lose their commercial
6 criticality after three years" and that "stripping away 'easy' *ex parte* reexaminations"
7 reexaminations "would have a much higher average pendency than the already
8 unsatisfactory 33.3 month average."

9

10     Dated: September 12, 2008.

11     PILLSBURY WINTHROP SHAW PITTMAN LLP
    DAVID A. JAKOPIN
12     DANIEL J. RICHERT
    2475 Hanover Street
13     Palo Alto, CA 94304-1114

14

15     By   /s/
    Daniel J. Richert
16     Attorneys for Defendants
    DIGITAL NETWORKS NORTH AMERICA, INC.
17     LEGACY SUPPORT SERVICES, LTD. d/b/a S2G

18

19

20

21

22

23

24

25

26

27

28

1 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2     I, DANIEL J. RICHERT, hereby declare pursuant to General Order 45, § X.B, that I

3 have obtained the concurrence in the filing of this document from the other signatory listed

4 below.

5     I declare under penalty of perjury that the foregoing declaration is true and correct.

6     Executed on September 12, 2008, at Palo Alto, California.

7

8                                        By   /s/
                                                Daniel J. Richert

9

10                                        KRAMER LAW OFFICE, INC.
                                       9930 Mesa Rim Road, Suite 1600
                                       San Diego, CA 92121

11

12                                        By   /s/
                                               Melody A. Kramer

13                                        Attorney for Plaintiff JENS ERIK
                                       SORENSEN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28