1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    JENS ERIK SORENSEN,
10             Plaintiff,                              No. C 07-05568 JSW
11        v.
12   DIGITAL NETWORKS NORTH AMERICA          **ORDER SETTING BRIEFING**
     INC.; LEGACY SUPPORT SERVICES, LTD.     **SCHEDULE REGARDING**
13   d/b/a S2G; and DOES 1 through 100,      **PLAINTIFF'S MOTION TO LIFT**
                                             **STAY**
14             Defendants.
15   _____/
16            This matter is set for a hearing on June 12, 2009 on Plaintiff's motion to lift the stay.
17   The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than
18   May 6, 2009 and Plaintiff's reply brief, if any, shall be filed by no later than May 13, 2009.
19            If the Court determines that the matter is suitable for resolution without oral argument, it
20   will so advise the parties in advance of the hearing date.  If the parties wish to modify this
21   schedule, they may submit for the Court's consideration a stipulation and proposed order
22   demonstrating good cause for any modification requested.
23            **IT IS SO ORDERED.**
24
25   Dated: April 22, 2009                    _____
26                                            JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
27
28

United States District Court
For the Northern District of California