IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN,

    Plaintiff,

v.

DIGITAL NETWORKS NORTH AMERICA INC.; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1 through 100,

    Defendants.

                                          /

No. C 07-05568 JSW

**ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY**

Now before the Court is the motion to lift the stay filed by plaintiff Jens Erik Sorensen ("Plaintiff"). The Court has received the statement of non-opposition filed by defendants Digital Networks North America, Inc. and Legacy Support Services, Ltd. The Court finds that this matter is appropriate for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for June 12, 2009 is HEREBY VACATED.

Having considered the parties' pleadings and the relevant legal authority and good cause appearing, the Court GRANTS Plaintiff's motion and lifts the stay. The Court SETS the initial case management conference for June 12, 2009 at 1:30 p.m. The parties shall submit a joint case management statement by June 5, 2009.

1 | **IT IS SO ORDERED.**

3 | Dated: May 7, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE