UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　Plaintiff,<br>v.<br><br>DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1-100,<br><br>　　　　　　Defendants. | Case No. 07cv 05568 JSW<br><br>**[PROPOSED] ORDER TO STAY LITIGATION UNTIL OCTOBER 15, 2009 OR UNTIL THE PARTIES FILE A STIPULATION OF DISMISSAL** |

Pursuant to stipulation by the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that this case is stayed until October 15, 2009 or until the parties file a Stipulation of Dismissal, whichever occurs first.

IT IS SO ORDERED.

Dated: __June 29__, 2009.

_____
Honorable Jeffrey S. White

CASE NO. 07CV 05568 JSW
[PROPOSED] ORDER TO STAY LITIGATION