UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL NETWORKS NORTH AMERICA, INC., a Delaware corporation; LEGACY SUPPORT SERVICES, LTD. d/b/a S2G; and DOES 1-100,<br><br>Defendants. | Case No. 07cv 05568 JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation by the parties and good cause appearing therefore, the Court hereby grants Plaintiff and Defendants' Joint Stipulation for Dismissal with Prejudice and orders as follows:

1. The case shall be dismissed with prejudice.
2. Plaintiff and Defendants shall bear their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: __October 15__, 2009.

_____
Honorable Jeffrey S. White
United States District Judge